IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NASAH DEMOND ARNOLD | : | CIVIL ACTION |
| v. | : | |
| ROBERT D. SHANNON (SUPT.), et al. | : | NO. 02-4046 |

## ORDER

AND NOW, this          day of              2002, it appearing that petitioner has filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, and

it further appearing that petitioner was convicted in the Court of Common Pleas of Allegheny County, Pennsylvania, and is currently incarcerated in a state facility located in Schuylkill County, Pennsylvania, and

it further appearing that whereas neither Allegheny County nor Schuylkill County are located within the territorial confines of the United States District Court for the Eastern District of Pennsylvania, that this court does not have venue over this matter pursuant to 28 U.S.C. §2241(d), it is hereby

ORDERED that petitioner is granted *provisional* leave to proceed in forma pauperis in this matter for the purposes of *this Order only*, and, it is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE on grounds of lack of venue in this court.

PETRESE B. TUCKER, J.